UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

JOSEPH F. KAMP,

    Plaintiff,

Case No: 1:24-cv-1113

v.

HON. ROBERT J. JONKER

UNKNOWN PART(Y)(IES),

    Defendants.

_____/

### <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 6, 2024 (ECF No. 6).  The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with the Court's orders.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:  December 2, 2024            /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE